## FIRST DEPARTMENT, NOVEMBER, 1962

### (November 1, 1962)

■ KATIE PIERRI et al., Respondents, v. CITY OF NEW YORK et al., Defendants, and SAMUEL J. PIERRI, Appellant. TRI-BORO ASPHALT CORP., Third-Party Plaintiff, v. CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY Co., Third-Party Defendant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ. [31 Misc 2d 96.]

■ In the Matter of 176 BROADWAY CORP., Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order, entered on January 17, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ AMERICAN CYANAMID COMPANY, Respondent, v. SIDNEY M. FOX et al., Appellants.— Orders, entered on June 15, 1962 and July 3, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.